UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIO CESPEDES,**

    **Plaintiff,**

**v.**       Case No: 6:19-cv-690-Orl-41DCI

**CARIBBEAN SUPERCENTER, INC.,**

    **Defendant.**

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Unopposed Renewed Motion for Approval of FLSA Settlement Agreements (Doc. 12). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation ("R&R," Doc. 13), in which he recommends granting the Motion and finding the Agreements, (Doc. 12-1), to be fair and reasonable settlements of Plaintiffs' claims under the FLSA. (*See generally* Doc. 13). Plaintiffs filed a Notice of Non-Objection (Doc. 14) to the R&R. Defendant has not appeared in this matter, but has been properly served, is represented by counsel, and has participated in the settlement of this case. (*Id.* at 13; Doc. 12 at 3–6).

After a *de novo* review of the record, this Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Plaintiffs' Unopposed Renewed Motion for Approval of FLSA Settlement Agreements (Doc. 12) is **GRANTED**.
3. The Settlement Agreement is **APPROVED**.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2019.



Copies furnished to:

Counsel of Record